UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANN C. WORD,

        Plaintiff,                      Civil Action No.
                                              10-CV-13441

vs.

                                              PAUL D. BORMAN
STATE OF MICHIGAN; MICHIGAN          UNITED STATES DISTRICT JUDGE
STATE HOUSING AUTHORITY; DARCY
CARPENTER and BRANDY WESTCOT

        Defendants.
_____/

**ORDER FINDING ORDER TO SHOW CAUSE SATISFIED**

On December 21, 2010, the Court issued a Notice of Impending Dismissal Pursuant to Federal Rule of Civil Procedure 4(m) (Dkt. No. 9), which notified Ann C. Word ("Plaintiff") that her Complaint would be dismissed unless she effectuated proper service of process on the Defendants. On January 19, 2011, executed Certificates of Service were filed with the Court for Defendants Brandy Westcot, Darcy Carpenter, and the State of Michigan. (Dkt. Nos. 10, 11 and 12). These Certificates of Service reflect that Defendants were served on January 10, 2011.

Accordingly, the Court finds that the December 21, 2010, Notice has been satisfied.

        **SO ORDERED**.

                                              S/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: January 24, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 24, 2011.

                                                S/Denise Goodine
                                                Case Manager